IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONNY L. HARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-09-1051-C |
| | ) |
| LYDIA WILLIAMS, OSBI Agent; | ) |
| DAVID CATHEY, OSBI Agent; | ) |
| JEFF JARMAN, PVPD Detective; and | ) |
| Unknown Law Enforcement Officers, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on June 23, 2010, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. There is nothing asserted by the Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's claims are dismissed, as

untimely. As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter. Plaintiff's Motion for Entry of Default against Defendant Jarman (Dkt. No. 22), Motion to Amend his Motion for Entry of Default (Dkt. No. 29), Motion to Strike Defendant Jarman's Motion to Dismiss (Dkt. No. 33), and Motion to Strike Defendant Jarman's Response (Dkt. No. 39) are DENIED.

IT IS SO ORDERED this 23rd day of July, 2010.

ROBIN J. CAUTHRON
United States District Judge